IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACK L. MAHER,

    Plaintiff,

v.

TEXAS ROADHOUSE MANAGEMENT
CORP. and DAVID A. HESS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-129-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Texas Roadhouse Management Corp. and David A. Hess against plaintiff Jack L. Maher granting defendants' motion for summary judgment and dismissing this case.

    s/ K. Frederickson, Deputy Clerk      June 30, 2017
    Peter Oppeneer, Clerk of Court      Date